## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| RICHARD CARL SCHUSTER | Case No.: 1-18-00812-HWV |
| ROBERT MARK DOCKTER | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**
Creditor Name: PNC BANK
Court Claim Number: 20
Last Four of Loan Number: 112 Sunset Ave - PRE-ARREARS - 8713
Property Address if applicable: 112 SUNSET AVE, , HANOVER, PA17331

**PART 2:** **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages: $114.67
b. Prepetition arrearages paid by the Trustee: $114.67
c. Amount of postpetition fees, expenses, and charges recoverable
 Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
 Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $114.67

**PART 3:** **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 1, 2022

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: PNC BANK  
Court Claim Number: 20

```
    CLM #    CHECK #       DATE         PRIN PAID      INT PAID      TOTAL DISB

    5200     1190292       08/09/2018    $84.67         $0.00         $84.67
    5200     1192952       10/10/2018    $30.00         $0.00         $30.00
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

RICHARD CARL SCHUSTER  Case No.: 1-18-00812-HWV
ROBERT MARK DOCKTER   Chapter 13
      Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| BRENT DIEFENDERFER ESQUIRE<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK PA, 17401- | SERVED ELECTRONICALLY |
| PNC NA<br>ATTN: BANKRUPTCY<br>3232 NEWMARK DR<br>MIAMISBURG, OH, 45342 | SERVED BY 1ST CLASS MAIL |
| RICHARD CARL SCHUSTER<br>ROBERT MARK DOCKTER<br>112 SUNSET AVE<br>HANOVER, PA 17331 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 1, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com