United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                        Case No. 18-00812-HWV

Richard Carl Schuster                                          Chapter 13

Robert Mark Dockter

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                                User: AutoDocke                                Page 1 of 4

Date Rcvd: Jan 12, 2023                           Form ID: 3180W                                Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Carl Schuster, Robert Mark Dockter, 112 Sunset Ave, Hanover, PA 17331-1849 |
| 5028985 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5028998 | | GLOBAL LENDING SERVICES, LLC, P. O. BOX 10437, PO BOX 19657, GREENVILLE, SC 29603 |
| 5028987 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5028984 | + | RICHARD CARL SCHUSTER, ROBERT MARK DOCKTER, 112 SUNSET AVE, HANOVER, PA 17331-1849 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 18:43:03 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | EDI: PRA.COM | Jan 12 2023 23:44:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5028989 | + | EDI: BANKAMER.COM | Jan 12 2023 23:44:00 | BANK OF AMERICA, NC4-105-03-14, PO BOX 26012, GREENSBORO, NC 27420-6012 |
| 5028990 | + | EDI: CAPITALONE.COM | Jan 12 2023 23:44:00 | CAPITAL ONE, ATTN GEN CORRES/BNKR, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5028991 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2023 18:43:03 | CARDWORKS/CW NEXUS, ATTN: BANKRUPTCY, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5028992 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2023 18:37:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY DEPARTMENT, 500 SUMMIT LAKE STE 400, VALHALLA, NY 10595-2321 |
| 5028994 | + | EDI: CITICORP.COM | Jan 12 2023 23:44:00 | CITICARDS CBNA, CITICORP CREDIT SVC/CENTRAL BNKR, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 5028995 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 12 2023 18:42:57 | CREDIT ONE BANK NA, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5046267 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2023 18:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5028996 | + | EDI: DISCOVER.COM | Jan 12 2023 23:44:00 | DISCOVER FINANCIAL, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5031622 | | EDI: DISCOVER.COM | Jan 12 2023 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5028997 | + | EDI: AMINFOFP.COM | Jan 12 2023 23:44:00 | FIRST PREMIER BANK, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 5043907 | | Email/Text: bankruptcy@glsllc.com | Jan 12 2023 18:37:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 5028999 | + | Email/Text: lyonsbe2@upmc.edu | Jan 12 2023 18:37:00 | HANOVER HOSPITAL, 300 HIGHLAND AVENUE, HANOVER, PA 17331-2203 |
| 5028988 | | EDI: IRS.COM | Jan 12 2023 23:44:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5028993 | | EDI: JPMORGANCHASE | Jan 12 2023 23:44:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 5057418 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 18:43:02 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5057414 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 18:43:03 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5057054 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 18:43:02 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank USA, N. A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5056963 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2023 18:43:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5056948 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2023 18:37:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5043205 | | EDI: AGFINANCE.COM | Jan 12 2023 23:44:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5029000 | + | EDI: AGFINANCE.COM | Jan 12 2023 23:44:00 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY DEPARTMENT, 601 NW 2ND ST #300, EVANSVILLE, IN 47708-1013 |
| 5059164 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2023 18:37:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5029001 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2023 18:37:00 | PNC MORTGAGE, P. O. BOX 8703, DAYTON, OH 45401 |
| 5082688 | | EDI: PRA.COM | Jan 12 2023 23:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5082689 | | EDI: PRA.COM | Jan 12 2023 23:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5029682 | + | EDI: RECOVERYCORP.COM | Jan 12 2023 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5051526 | + | EDI: JEFFERSONCAP.COM | Jan 12 2023 23:44:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5029002 | | Email/Text: BankruptcyMail@questdiagnostics.com | Jan 12 2023 18:37:00 | QUEST DIAGNOSTICS, P.O. BOX 7306, HOLLISTER, MO 65673-7306 |
| 5050049 | | EDI: Q3G.COM | Jan 12 2023 23:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5028986 | + | Email/Text: karen.brown@treasury.gov | Jan 12 2023 18:37:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

| Recip ID | Bypass Reason | | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5029003 | + | EDI: RMSC.COM | Jan 12 2023 23:44:00 | SYNCB/CAR CARE MIDAS, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5029004 | + | EDI: RMSC.COM | Jan 12 2023 23:44:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5029005 | + | EDI: RMSC.COM | Jan 12 2023 23:44:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5054343 | + | EDI: CBSTDR | Jan 12 2023 23:44:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 5029007 | + | EDI: WFFC2 | Jan 12 2023 23:44:00 | WELLS FARGO DEALER SERVICES, ATTN: BANKRUPTCY, P. O. BOX 19657, IRVINE, CA 92623-9657 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5195294 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5195295 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5029006 | ##+ | TD RETAIL CARD SERVICES, ATTN: BANKRUPTCY, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent Diefenderfer | on behalf of Debtor 2 Robert Mark Dockter bdiefenderfer@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Brent Diefenderfer | on behalf of Debtor 1 Richard Carl Schuster bdiefenderfer@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | | |
|---|---|---|
| James Warmbrodt | on behalf of Creditor PNC BANK N.A. | bkgroup@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor PNC BANK N.A. | mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Richard Carl Schuster | Social Security number or ITIN xxx−xx−0374 |
| | First Name   Middle Name   Last Name | EIN __−_____ |
| Debtor 2 | Robert Mark Dockter | Social Security number or ITIN xxx−xx−1118 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN __−_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18−bk−00812−HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard Carl Schuster          Robert Mark Dockter

**By the court:**

1/12/23

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2